FILED
2022 AUG 22 PM 2:44
CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CURT RADFORD, an individual and ROES I-X,<br><br>        Plaintiff,<br><br>v.<br><br>UTAH STATE UNIVERSITY CREDIT UNION, an organization; GOLDENWEST FEDERAL CREDIT UNION d/b/a GOLDENWEST CREDIT UNION, an organization and ROES I-X,<br><br>        Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS**<br><br>Civil Case No. 1:19-cv-00089-BSJ<br><br>Judge Bruce S. Jenkins |

This matter came before the Court on the Parties stipulated Motion to Dismiss. It is hereby ORDERED that:

1) The case is dismissed.

2) The Court will retain jurisdiction during the Consent Decree Order's three year period. If judicial intervention is needed, related to an alleged violation of the Consent Decree Order, and after notice and allowing thirty days to cure or remedy, a party may file a motion to re-open the case.

DATED August 22, 2022.

BY THE COURT:

Bruce S. Jenkins
United States Senior District Court Judge

Approved as to form:

DATED August 18, 2022.

**LITCHFIELD CAVO LLP**

*/s/ Greg Soderberg*
VINCENT J. VELARDO
GREG SODERBERG
*Attorneys for Defendants*

Andrew Rozynski, Esq.
EISENBERG & BAUM, LLP
24 Union Square East, Penthouse
New York, NY 10003
Telephone: (212) 353-8700
Fax: (917) 591-2875
arozynski@eandblaw.com
*Attorneys for Plaintiff*

2